# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00506-CV

---

**C. V., Appellant**

v.

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 19-1044, THE HONORABLE DAVID JUNKIN, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

C.V. (Mother) appeals from the trial court's order terminating her parental rights to her children, H.E.N. Jr., J.V., and F.V.N.[1]  *See* Tex. Fam. Code § 161.001.  Following a de novo hearing, the trial court found by clear and convincing evidence that statutory grounds for terminating her parental rights existed and that termination was in the children's best interest. *See id.* § 161.001(b)(1)(D), (E), (O), (2).

On appeal, Mother's court-appointed attorney has filed a brief concluding that the appeal is frivolous and without merit.  *See Anders v. California*, 386 U.S. 738, 744 (1967); *Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646–47 (Tex. App.—

---

[1] We refer to appellant by her initials or as Mother and to the children by their initials. *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8.  In this Court's cause number 03-20-00507-CV, Mother appeals from the trial court's order in suit affecting the parent-child relationship concerning her child C.G.

Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). The brief meets the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *Taylor*, 160 S.W.3d at 646–47. Mother's counsel has certified to this Court that she provided Mother with a copy of the *Anders* brief and informed her of her right to examine the appellate record and to file a pro se brief. To date, Mother has not filed a pro se brief.

Upon receiving an *Anders* brief, we must conduct a full examination of the proceedings to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988). We have reviewed the entire record, including the *Anders* brief submitted on Mother's behalf, and have found nothing that would arguably support an appeal. Our review included the trial court's endangerment findings, *see* Tex. Fam. Code § 161.001(b)(1)(D), (E), and we have found no issues that could be raised on appeal with respect to those findings, *see In re N.G.*, 577 S.W.3d 230, 237 (Tex. 2019). We agree that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's order terminating Mother's parental rights.[2]

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Kelly

Affirmed

Filed: March 4, 2021

_____

[2] We deny counsel's motion to withdraw as attorney of record. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (per curiam). If Mother, after consulting with counsel, desires to file a petition for review, counsel should timely file with the Texas Supreme Court "a petition for review that satisfies the standards for an *Anders* brief." *See id.* at 27–28.